**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PENN BROTHERS PARTNERSHIP; and                                                    PLAINTIFFS
JAMES M. PENN and JOSEPH H. PENN,
as Partners in Penn Brothers Partnership

v.                                                    No. 3:17CV00251 JLH

KBX, INC., *et al*.                                                    DEFENDANTS

**ORDER**

    The joint motion to extend time to answer complaint is GRANTED.  Document #14.  The

deadline for separate defendant NEA Truck Brokers, LLC, to file its answer to the complaint is

extended up to and including November 10, 2017.

    IT IS SO ORDERED this 16th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE