# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PENN BROTHERS PARTNERSHIP; and      PLAINTIFFS
JAMES M. PENN and JOSEPH H. PENN,
as Partners in Penn Brothers Partnership

v.      No. 3:17CV00251 JLH

KBX, INC., *et al*.      DEFENDANTS

## ORDER

Plaintiffs' motion for extension of time to respond to the motion to dismiss filed by separate defendant NEA Truck Brokers, LLC, is GRANTED without objection. Document #22. The time within which plaintiffs must respond to NEA Truck Brokers' motion is extended up to and including December 11, 2017.

IT IS SO ORDERED this 29th day of November, 2017.

      _____
      J. LEON HOLMES
      UNITED STATES DISTRICT JUDGE