# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PENN BROTHERS PARTNERSHIP; and                                          PLAINTIFFS
JAMES M. PENN and JOSEPH H. PENN,
as Partners in Penn Brothers Partnership

v.                              No. 3:17CV00251 JLH

KBX, INC., *et al*.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of the plaintiffs that arise under the Food Security Act are dismissed without prejudice. The Court hereby remands all other claims to the Circuit Court of Lawrence County, Arkansas.

IT IS SO ORDERED this 29th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE